19296.  BARBAREE *et al. v.* COFFIN.

MOBLEY, Justice. The only acknowledgment of service of the bill of exceptions made in this case was as follows: "The undersigned, the attorney at law of E. C. Coffin, defendant in error in the above-stated case, acknowledges that I have been served with a copy of the foregoing bill of exceptions. I hereby waive the privilege and opportunity to be heard on the question of whether or not the bill of exceptions is correct and complete and I hereby approve the foregoing bill of exceptions as correct and complete as to the facts therein stated. This the_____ day [no date] of February, 1956." A waiver of the notice provided for by Code (Ann. Supp.) § 6-908.1 as to the correctness and completeness of the bill of exceptions prior to certification by the trial judge does not dispense with service of a copy of the bill after approval by the trial judge, as provided by Code (Ann. Supp.) § 6-911. *Statham* v. *Saxon,* 210 *Ga.* 369 (80 S. E. 2d 182). Compliance with the latter Code section is essential to give this court jurisdiction. (*Mauldin* v. *Mauldin,* 203 *Ga.* 123, 45 S. E. 2d 818; *Harper* v. *A. & W. P. R.,* 204 *Ga.* 311, 49 S. E. 2d 513; *Parker* v. *Parker,* 208 *Ga.* 190, 65 S. E. 2d 794); and where this section is not complied with, the writ of error must be

*Dismissed. All the Justices concur.*

ARGUED APRIL 9, 1956—DECIDED MAY 15, 1956.

*Carlton S. Brown,* for plaintiff in error.
*W. W. McKinnon, J. Frank Myers,* contra.